MARK R. WEINSTEIN (State Bar No. 193043)
ALEXANDRA J. HORNE (State Bar No. 162066)
ROIA SHEFAYEE (State Bar No. 236179)
WHITE & CASE LLP
3000 El Camino Real
Five Palo Alto Square, 9th Floor
Palo Alto, CA 94306
Telephone: (650) 213-0300
Facsimile: (650) 213-8158

Attorneys for Plaintiff Marshal Limited

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARSHAL LIMITED, <br><br> Plaintiff, <br><br> v. <br><br> BISCOM, INC., <br><br> Defendant. | Case No. C 06-3809 MHP <br><br> **NOTICE OF VOLUNTARY DISMISSAL [F.R.C.P. 41(A)(1)(i)]** |

**WHEREAS** plaintiff Marshal Limited ("Marshal") and defendant Biscom, Inc. have entered into a Settlement Agreement regarding this action,

**THEREFORE** Marshal hereby voluntarily dismisses this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(i).

Dated: October 26, 2006                                          WHITE & CASE LLP

Dated: 10/27/06                                                        __/s/ Mark R. Weinstein /s/_____
                                                                                  Attorneys for Plaintiff
                                                                                  Marshal Limited

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*